James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
E-mail:  *docket@rcdmlaw.com*
         *jblair@rcdmlaw.com*
         *rkingery@rcdmlaw.com*

*Attorneys for Defendants Monarch Recovery Management, Inc. and Asset Acceptance, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lisa Kramer, | CV 11-01674-PHX-NVW |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Monarch Recovery Management, Inc. and Asset Acceptance, LLC, | *(Assigned to the Honorable Neil V. Wake)* |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendants have entered into a settlement in the above-captioned matter and are in the process of finalizing said settlement. Upon completion of the settlement process, the parties will submit a stipulation and order for dismissal with prejudice, each party bearing its own attorneys' fees and costs.

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after December 30, 2011 for filing dispositional documents.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, CV11-01674-NVW)        [2478-0058]                                707444

**RESPECTFULLY SUBMITTED** this 29th day of November, 2011.

        **RENAUD COOK DRURY MESAROS, PA**

        By */s/Randy L. Kingery*
           James L. Blair
           Randy L. Kingery
           One North Central, Suite 900
           Phoenix, Arizona 85004-4417
           *Attorneys for Defendants Monarch Recovery Management, Inc. and Asset Acceptance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2011, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

Honorable Neil V. Wake
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse
Suite 524
401 W. Washington Street, SPC 52
Phoenix, AZ  85003

Marshall Meyers, Esq.
**WEISBERG & MEYERS, LLC**
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, CV11-01674-NVW)　　　　[2478-0058]　　　　707444