Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Kramer, | ) Case No. 2:11-cv-01674-NVW |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| Monarch Recovery Management, Inc. and | ) |
| Asset Acceptance, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated this 2nd day of December, 2011.

By: s/Marshall Meyers
Marshall Meyers (020584)
**WEISBERG & MEYERS, LLC**

Filed electronically on this 2nd day of December, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 2nd day of December, 2011 to:

Mr. Randy L. Kingery, Esq.
Renaud Cook Drury Mesaros, PA
One North Central, Suite 900
Phoenix AZ 85004-4417

By: s/Dana Patch
Dana Patch

Notice of Settlement